894

No. 81–83.   Salone v. United States.   C. A. 10th Cir. Certiorari denied.

No. 81–92.   Spencer et al. v. Rigby, Thatcher & Andrus, P. A.   Sup. Ct. Idaho.   Certiorari denied.

No. 81–93.   Eain v. Wilkes, United States Marshal. C. A. 7th Cir.   Certiorari denied.

No. 81–98.   Cook et al. v. United States.   Ct. Cl. Certiorari denied.

No. 81–109.   Castro et ux. v. Saudi Arabia.   C. A. 5th Cir.   Certiorari denied.

No. 81–110.   Topping et al. v. United States.   C. A. 4th Cir.   Certiorari denied.

No. 81–128.   Lyon & Ryan Ford, Inc. v. National Labor Relations Board.   C. A. 7th Cir.   Certiorari denied.

No. 81–139.   Narva Harris Construction Corp. v. United States.   Ct. Cl.   Certiorari denied.

No. 81–143.   Sturm, Ruger & Co., Inc. v. Day.   Sup. Ct. Alaska.   Certiorari denied.

No. 81–164.   City of Painesville, Ohio v. United States.   C. A. 6th Cir.   Certiorari denied.

No. 81–193.   Mund v. New York.   App. Term, Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 81–195.   Jones v. Jones.   App. Ct. Ill., 1st Dist. Certiorari denied.